FILED
U.S. DISTRICT COURT

2009 MAR 30  A 8: 18

DISTRICT OF UTAH

BY:_____
    DEPUTY CLERK

Evan A. Schmutz (3860)
M. Reed Adams (4783)
**HILL, JOHNSON & SCHMUTZ, L.C.**
RiverView Plaza, Suite 300
4844 North 300 West
Provo, Utah 84604-5663
Telephone: (801) 375-6600
Fax: (801) 375-3865

Attorneys for Plaintiff Coverstar, LLC

---

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| COVERSTAR, LLC, a New York limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BRUCE THOMPSON ENTERPRISES, LLC, a Georgia limited liability company, COVERSTAR AUTOMATIC POOL COVERS, INC., a Georgia corporation, AUTOMATIC POOL COVERS, COVERSTAR, INC., a Georgia corporation, COVERSTAR SOUTHEAST, INC., a Georgia corporation, AUTOMATIC COVER SPECIALISTS, INC., a Georgia corporation, BRUCE THOMPSON, an individual, and WAYNE MORRIS, an individual,<br><br>Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br><br>Civil No. 2:08-cv-00523<br><br>Judge Ted Stewart |

Based on the Stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that the Complaint filed in this action and all claims, counterclaims, cross claims, third party claims, or other claims that have been or could have been asserted in this action are hereby dismissed with prejudice, pursuant to Fed.R.Civ.Pr., Rule 41(a)(1)(A)(ii).

DATED this 30th day of March, 2009.

BY THE COURT:

_____

Approved as to Form and Substance:

ROBINSON, SEILER & ANDERSON, LC

_____
Thomas W. Seiler
Jamis M. Gardner
Attorneys for Defendants Bruce Thompson Enterprises, LLC, Coverstar Automatic Pool Covers, Inc., Automatic Pool Covers, Coverstar, Inc., Coverstar Southeast, Inc., Automatic Cover Specialists, Inc., Bruce Thompson